## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2002-NC5, Pooling and Servicing Agreement Dated as of October 1, 2002*,<br><br>Plaintiff,<br><br>v.<br><br>CHAD D HOPKINS, ASSET ACCEPTANCE LLC, SCOTT SIERON, and PHYLLIS NUGENT,<br><br>Defendants. | Case No.   12-cv-1176 |

## O R D E R  &  O P I N I O N

Before the Court is Plaintiff's Motion for Entry of Default. (Doc. 13). Plaintiff requests that the Court enter an Order of Default against Defendants Asset Acceptance, LLC, and Scott Sieron. (Doc. 13 at 1). A private process server served Defendant Asset Acceptance, LLC, with the summons and complaint on August 10, 2012, by leaving a copy with a person authorized to accept service on behalf of Defendant. (Doc. 8). Defendant Scott Sieron was served with the summons and complaint by substitute service. (Doc. 5). A private process server left the summons and complaint at his residence with his wife on September 1, 2012, and mailed another copy to him on September 4, 2012. (Doc. 5).

Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), these defendants had 21 days after being served to file an answer or other responsive pleading. Neither Defendant filed an answer nor any responsive pleading.[1]

IT IS THEREFORE ORDERED that Plaintiff's Motion (Doc. 13) is GRANTED, and the Clerk is DIRECTED to ENTER DEFAULT against Defendants Asset Acceptance, LLC, and Scott Sieron.

Entered this 19th day of April, 2013.

                                              s/ Joe B. McDade
                                              JOE BILLY McDADE
                                          United States Senior District Judge

---

[1] Nor have these Defendants timely responded to Plaintiff's Motion for Entry of Default.